UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate's No.
04-M00002-LPC

UNITED STATES OF AMERICA

v.

RICHARD VIKTOR RICHARDSON BALLESTER

<u>ORDER OF DETENTION</u>

March 31, 2004

COHEN, M.J.

The above-named defendant having consented to an order of detention pending trial without prejudice to reconsideration on motion duly filed -

IT IS ACCORDINGLY ORDERED that the defendant be DETAINED pending trial, and it is further Ordered--

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is

detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

_____
UNITED STATES MAGISTRATE JUDGE